UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRIAN ANTHONY GATES, | ) | CASE NO. C07-1836-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff Brian Anthony Gates, proceeding *pro se*, filed a proposed complaint and application to proceed *in forma pauperis* (IFP). (Dkt. 1.) However, although purporting to pursue a civil case, plaintiff fails to present any civil claims. Instead, he alleges violations of the criminal code. (*Id.*, Attach. 1.)

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(ii); *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v.*

*Williams*, 490 U.S. 319, 325 (1989).

Here, as noted above, plaintiff's proposed complaint alleges only violations of the criminal code. If plaintiff intended to pursue any civil claims, he fails to allege sufficient facts to place defendants on notice of the nature of his claims or to otherwise provide any basis for jurisdiction in this Court. *See* Fed. R. Civ. P. 8(a). Because this action appears frivolous and fails to state a claim upon which relief can be granted, it is subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6).

Given the above, the Court recommends that plaintiff's application to proceed IFP be denied and this matter be dismissed without prejudice. A proposed Order is attached to this Report and Recommendation.

DATED this <u>19th</u> day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge