07-CV-01836-BCST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRIAN ANTHONY GATES, | ) | CASE NO.: C07-1836-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's complaint and application to proceed in forma pauperis, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed in forma pauperis (Dkt. 1) is DENIED, and this action is DISMISSED without prejudice; and,

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 19th day of December, 2007.

*/s/ Richard A. Jones*
RICHARD A. JONES
United States District Judge

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DISMISSING CASE
PAGE -1